Filed 7/9/21  P. v. Gutierrez CA1/5
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL ANTHONY GUTIERREZ,<br><br>    Defendant and Appellant. | A161812<br><br>(Sonoma County<br>Super. Ct. No. SCR-7268901) |

Michael Anthony Gutierrez appeals from a five-year prison sentence imposed after he admitted to a violation of his probation.  Appellate counsel for Gutierrez filed a brief asking this court to independently review the record for arguable issues.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  We find no arguable issues requiring further briefing.  We direct the clerk of the superior court to correct a clerical error in the abstract of judgment, and otherwise affirm.

**BACKGROUND**

Gutierrez pled guilty to one felony count of infliction of corporal injury on a dating partner within seven years of a previous Penal Code section 273.5, subdivision (a) conviction.[1]  (§ 273.5, subd. (f)(1).)  In July 2019, the

---

[1] Undesignated statutory references are to the Penal Code.

1

trial court sentenced Gutierrez to a five-year prison term, but suspended execution of the sentence and placed him on 36 months of formal probation.

In November 2020, Gutierrez admitted to a violation of probation for failure to keep his probation officer advised of his whereabouts and failure to report to probation. The trial court revoked Gutierrez's probation and imposed the previously suspended five-year prison sentence. Gutierrez was awarded 517 days of custody credit.

## DISCUSSION

Gutierrez's appellate counsel filed a *Wende* brief and notified Gutierrez of his right to file a supplemental brief on his own behalf. No supplemental brief has been filed. We have reviewed the record to determine whether there were errors based on the sentence imposed, or other grounds that arose after Gutierrez's admission of probation violation that do not affect the validity of his admission. (Cal. Rules of Court, rule 8.304(b)(4)(B).) We found none. The trial court was authorized to impose sentence on Gutierrez's conviction. (§ 1203.2, subd. (c) ["Upon any revocation and termination of probation" "if the judgment has been pronounced and the execution thereof has been suspended, the court may revoke the suspension and order that the judgment shall be in full force and effect."].) We find no reasonably arguable appellate issues requiring further briefing.

Although our review revealed no arguable bases for reversal, it did reveal a clerical error in the abstract of judgment: the heading incorrectly identifies Gutierrez's date of birth as March 28, 1994 instead of March 28, 1984. We thus order correction of the abstract. (*People v. Mitchell* (2001) 26 Cal.4th 181, 185.)

2

**DISPOSITION**

The superior court clerk is directed to prepare an amended abstract of judgment correcting Gutierrez's date of birth, and to transmit a copy of the amended abstract to the Department of Corrections and Rehabilitation. As modified, the judgment is affirmed.

                                            _____

                                            Rodriguez, J.*

WE CONCUR:


_____

Needham, Acting P. J.


_____

Burns, J.


A161812


---

    \* Judge of the Superior Court of Alameda County, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.